~~SEALED~~

_____s/ SuzanneA_____

Unsealed per court order 6/10/2020 sxa

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rudy ALVAREZ,<br><br>　　　　　Defendant. | Magistrate's Case No. __20MJ2212__<br><br>COMPLAINT FOR VIOLATION OF<br>Title 18, U.S.C. § 39A – Aiming A<br>Laser Pointer at an Aircraft |

The undersigned complainant being duly sworn states:

　　On or about June 04, 2020, within the Southern District of California, Rudy ALVAREZ did knowingly aim the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, and at the flight path of such an aircraft, in violation of Title 18, United States Code, Section 39A.

　　The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　/s/ Kevin Shead
　　　　　　　　　　　　　　　KEVIN SHEAD
　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　Federal Bureau of Investigation

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on June 9, 2020.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE DANIEL E. BUTCHER
　　　　　　　　　　　　　　　United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

On or about June 6, 2020 at approximately 2030 hours, there was a large protest and march that passed through the area of 500 University Avenue, San Diego, CA. An SDPD Air Support Unit was monitoring the crowd from above in a marked San Diego Police Department helicopter. SDPD Officers Blair Stephens ("Stephens") and Andrew Duarte ("Duarte") were operating and observing in the SDPD helicopter. Duarte and Stephens reported that one of the demonstrators in the crowd was shining a laser at their aircraft. The laser was impeding their ability to safely operate the helicopter. Duarte and Stephens were able to identify the suspect that was pointing the laser at the helicopter. The suspect was identified as a male wearing a dark colored beanie hat, a plaid long sleeved shirt and dark colored pants. The suspect was later identified as Rudy ALVAREZ. Rudy ALVAREZ shined the laser at the helicopter multiple times over the course of the next hour, as he continued marching with the protestors into the area of downtown San Diego, CA. At approximately 2145 hours, SDPD Detective Brett Crawford ("Crawford") and other plain clothes SDPD Detectives located Rudy ALVAREZ in the crowd of demonstrators in the vicinity of 600 G Street, San Diego, CA. Crawford observed Rudy ALVAREZ wearing the same clothing as described by Duarte and Stephens. Crawford approached Rudy ALVAREZ, announcing "Police," multiple times. Crawford observed Rudy ALVAREZ begin to step backwards multiple times, while raising a skateboard he was holding in his hands as if to defend himself. Crawford ordered ALVAREZ to drop the skateboard, who complied. Rudy ALVAREZ was arrested without incident.

Rudy ALVAREZ was transported to SDCCU Stadium, 9449 Friars Road, San Diego, CA, where the San Diego Sheriff's Department had established a prisoner

processing center.  Once at SDCCU Stadium, Crawford conducted a search of Rudy ALVAREZ incident to arrest. In Rudy ALVAREZ's front left pant pocket, Crawford located a gray, metal laser pointer.  Crawford tested the laser pointer for functionality and found the laser pointer to be of considerable strength.

Haughey admonished Rudy ALVAREZ of his Miranda Rights and conducted a post-admonishment interview.  In summary, Rudy ALVAREZ stated the following:  that he purchased the laser pointer two days prior so he could use it to obscure his identity from security cameras.  He admitted to shining the laser on the SDPD helicopter and acknowledged the danger of such action.