PS 8B
(05/08)

June 30, 2020

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Rudy Alvarez                    **Dkt No.:** 3:20MJ2212-001-DEB

**Name of Judicial Officer:** The Honorable Daniel E. Butcher, U.S. Magistrate Judge

**Date Conditions Were Ordered:** June 10, 2020, before the Honorable Daniel E. Butcher, U.S. Magistrate Judge

**Conditions of Release:**  *Mandatory Conditions* - Not commit a federal, state, or local crime during the period of release, and cooperate in the collection of a DNA sample as authorized by 42 U.S.C. 14135a. *Standard Conditions* - appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription and not use or possess marijuana under and circumstances; report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of the defendant's current residence address and phone number, when first reporting to Pretrial Services, and any new contact information, before making any change of residence or phone number; restrict travel to San Diego County, do not enter Mexico. *Additional Conditions*: reside with a family member or reside at residence approved by Pretrial Services, including a contract facility; actively seek or continue full-time employment, or schooling, or a combination of both; surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international document.

**Modification:** None

**Date Released on Bond:** June 15, 2020

**Charged Offense:** 18:39A Aiming A Laser Pointer at an Aircraft

**Next Court Hearing:** July 2, 2020

**Asst. U.S. Atty.:** John N Parmley                    **Defense Counsel**: Holly Sullivan (Appointed)
                    (619) 546-7957                                                  (619) 234-8467

**Prior Violation History:** None

**Name of Defendant:** Rudy Alvarez                                                                                                          June 30, 2020
**Docket No.:** 3:20MJ2212-001-DEB                                                                                                           Page 2

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:** PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TESTING FOR DRUGS/ALCOHOL AT THE DISCRETION OF PRETRIAL SERVICES, AND/OR OUTPATIENT SUBSTANCE ABUSE THERAPY AND COUNSELING, AS DIRECTED BY PRETRIAL SERVICES; TESTING MAY INCLUDE URINE TESTING, THE WEARING OF A SWEAT PATCH, A REMOTE ALCOHOL TESTING SYSTEM.

### CAUSE

On June 19, 2020, a telephonic Post Release Intake Interview was conducted with the defendant. During this interview, the defendant reported he has previously smoked marijuana on a weekly basis to treat his problems with sleep. He reports he has no history of using any other illicit substances. He noted he last used marijuana two days prior to his arrest.

The defendant reported no objection to substance abuse testing and/or outpatient treatment at the discretion of Pretrial Services; he reported no urgent need for drug treatment and noted he can cease using illicit substances on his own.

Pretrial Services spoke to the defendant's surety, Curissa Alvarez, to inquire as to her position regarding modifying the defendant's conditions of release to include drug testing and/or outpatient substance abuse treatment if deemed necessary. She indicated does not oppose this condition being added.

Pretrial Services contacted the defendant's attorney, Holly Sullivan, and the attorney for the United States, John Parmley, to inquire as to their position regarding modifying the defendant's conditions of release. Mr. Parmely advised he has no objection. Ms. Sullivan indicated she objects to this modification because she does not think it is warranted but if the condition is imposed, she would request that he have one test and if negative, the testing condition be lifted or discontinued.

The defendant's complete substance abuse history was not available to our office at the time of his initial hearing; therefore, we are now requesting this condition be added in order to monitor the defendant's compliance and provide any needed treatment.

PS 8B
(05/08)

**Name of Defendant:** Rudy Alvarez                                      June 30, 2020
**Docket No.**: 3:20MJ2212-001-DEB                                              Page 3

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** <u>June 30, 2020</u>

Respectfully submitted:                          Reviewed and approved:

by   *Vanessa Andrews*                             _____

Vanessa Andrews                                  Jeff Larsen
United States Pretrial Services Officer          Supervising U.S. Pretrial Services Officer
(619) 557-7609
Place: San Diego, California

**THE COURT ORDERS:**

___X___  **AGREE**, THE DEFENDANT IS ORDERED TO SUBMIT TO TESTING FOR
         DRUGS/ALCOHOL, AT THE DISCRETION OF PRETRIAL SERVICES, AND/OR
         OUTPATIENT SUBSTANCE ABUSE THERAPY AND COUNSELING, AS DIRECTED
         BY PRETRIAL SERVICES; TESTING MAY INCLUDE URINE TESTING, THE
         WEARING OF A SWEAT PATCH, A REMOTE ALCOHOL TESTING SYSTEM.

_____  Other _____

         _____

_____              July 2, 2020
The Honorable Daniel E. Butcher                       _____
U.S. Magistrate Judge                                 Date