**HOLLY A. SULLIVAN**
California State Bar No. 216376
**ZAINAB KHAN**
California State Bar No. 322679
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Holly_Sullivan@fd.org
Zainab_Khan@fd.org

Attorneys for Mr. Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUDY ALVAREZ, <br><br> Defendant. | Case No.:   20CR1809-LAB <br><br> Hon. Chief Judge Larry A. Burns <br> Courtroom 14 <br> Date: November 17, 2020 <br> Time: 9:00 a.m. <br><br> **DEFENSE'S PROPOSED JURY INSTRUCTIONS FOR THE CHARGED OFFENSE** |

Mr. Alvarez by and through counsel Holly Sullivan, Zainab Khan, and Federal Defenders of San Diego, Inc., and pursuant to Fed. R. Crim. P. 30 requests the Court instruct the jury on the law as set forth herein.

Dated: November 13, 2020

Respectfully submitted,

*s/ Holly A. Sullivan*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Alvarez
Email: Holly_Sullivan@fd.org

COURT'S INSTRUCTION NO. ___

The Defendant is charged with a violation of Title 18 of the United States Code, Section 39A. This crime requires that the Defendant knowingly aimed the beam of a laser pointer at an aircraft in the special jurisdiction of the United States, or at the flight path of such an aircraft.

To find the Defendant guilty of this crime, you must be convinced that the government has proven each of the following beyond a reasonable doubt:

First, the Defendant knew that he was using a laser pointer as defined below.

Second, the Defendant knowingly aimed the beam of that laser pointer at an aircraft or at the flight path of an aircraft.

Third, the Defendant did this knowing the aircraft was in flight.

Fourth, the Defendant knew the aircraft was in the special aircraft jurisdiction of the United States in interstate commerce.

A "laser pointer" is defined as any device designed or used to amplify electromagnetic radiation by stimulated emission that emits a beam designed to be used by the operator as a pointer or highlighter to indicate, mark, or identify a specific position, place, item, or object.

1  Authority: 18 U.S.C. § 39(A); *United States v. X-Citement Video, Inc.*, 513 U.S. 64,
2  68–69, 115 S. Ct. 464, 467, 130 L. Ed. 2d 372 (1994) (requiring knowledge as to
3  additional elements in 18 U.S.C. 2252 even in the face of the most natural
   grammatical reading of the statute and so as not to criminalize otherwise innocent
4  conduct and due to the presumption in favor of scienter); *Rehaif v. United States*,
5  139 S. Ct. 2191, 2197, 204 L. Ed. 2d 594 (2019) (using the same reasons to apply
   the work "knowingly" to the defendant's status in 18 U.S.C. 922(g) prosecutions).

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NO. ___

The term "aircraft" means a civil, military, or public contrivance invented, used, or designed to navigate, fly, or travel in the air.

The term "special aircraft jurisdiction of the United States" includes any civil aircraft of the United States, any aircraft of the armed forces of the United States, or another aircraft while in flight in the United States.

<u>Authority:</u> 18 U.S.C. §§ 31(a)(1), (b); 18 U.S.C. 32 §§ (a)(1) and (a)(5); 49 U.S.C. § 40102(a)(6).

COURT'S INSTRUCTION NO. \_\_\_

The term "aim" means to position or direct something to hit a target. Aiming requires a belief that one can hit what one is pointing at.

<u>Authority:</u> Webster's Third New International Dictionary of the English Language, Unabridged (1961); Random House Kernerman Webster's College Dictionary (2010); American Heritage Dictionary of the English Language, (Fourth Edition, 2000); Scribner-Bantam English Dictionary (1991) (all of the aforementioned requiring a concomitant intent to strike the object).