```
ROBERT S. BREWER, JR.
United States Attorney
JOHN N. PARMLEY
JONATHAN I. SHAPIRO
Assistant U.S. Attorneys
California Bar Nos.: 178885, 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8225
Email:  jonathan.shapiro@usdoj.gov
```

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR1809-LAB |
|---|---|
| Plaintiff, | **THE UNITED STATES' EXHIBIT LIST** |
| v. | |
| RUDY ALVAREZ, | Date: November 17, 2020<br>Time: 9:00 a.m. |
| Defendant. | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and John N. Parmley and Jonathan I. Shapiro, hereby files its Exhibit List for the trial in this case:

| EXH No. | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1 | Laser Pointer | | |
| 2 | Helicopter Video | | |
| 2A | Helicopter Video Transcript | | |
| 3 | Still Photo from Helicopter Video 2:45 | | |
| 4 | Still Photo from Helicopter Video 13:04 | | |
| 5 | Photo of Defendant by Detective Rowlett | | |
| 6 | Photo of Defendant by Detective Rowlett | | |
| 7 | Arrest Video | | |

| EXH No. | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 7A | Arrest Video Transcript | | |
| 8 | Arrest Photo | | |
| 9 | Arrest Photo | | |
| 10 | Photo of Laser with Skateboard | | |
| 11 | Post Arrest Video | | |
| 11A | Post Arrest Video Transcript | | |
| 12 | Photos Received by Det. Rowlett from Andrew Duarte | | |
| 13 | Stipulation | | |
| 14 | Helicopter Photo | | |
| 15 | Helicopter Interior Photo | | |
| 16 | Helicopter Pilot Photo | | |

DATED: November 16, 2020.

Respectfully submitted,
ROBERT S. BREWER, JR.
United States Attorney

s/*Jonathan I. Shapiro*
JOHN N. PARMLEY
JONATHAN I. SHAPIRO
Assistant United States Attorneys