UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>RUDY ALVAREZ, )<br>)<br>Defendant, )<br>_____) | CASE NO.20CR1809-LAB<br><br>**V E R D I C T** |

We the jury in the above entitled cause find the defendant, RUDY ALVAREZ,

___GUILTY___ of Aiming a Laser Pointer at an Aircraft as charged in Count 1 of the Information.

Date: 11/18/2020
San Diego, California

_____
FOREPERSON