**DEFENSE EXHIBITS**

FILED
NOV 18 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| Let. | Description | Date Marked | Date Admitted |
|------|-------------|-------------|---------------|
|  | **AUDIO CLIPS** | | |
| A1 | AUD- Identified "Laser Guys", Going to Follow and "Pick them off" | | |
| A2 | AUD- Pilots ask if the UC's were still with the person that hit them with laser | | |
| A3 | AUD- Officers Note "have him at 14th and F" but the UC was losing phone power so if they need to "grab him" it must be quick | | |
| A4 | AUD- Officers Note Reference to "Abel" thing "SIU" had guys on him would get him as he leaves crowd | | |
| A5 | AUD- Protestors are walking southbound and had done a phenomenal job | | |
| A6 | AUD- Officers noted to pilots "Abel" that they had "laser boy" in custody, "hang on to your video" | | |
| A7 | AUD- UC's saw guys shining a laser at you so if not the guys you are looking at someone is shining a laser | | |
| A8 | AUD- Request Shine Light Laser Source | | |
| A9 | AUD- Request Shine Light Back Of Crowd | | |
| A10 | AUD- Already Shined Light | | |
| A11 | AUD- Ask if Shirt Plaid | | |
|  | **Beamesderfer** | | |
| B1 | ALVAREZ-DISC06-00000088 | | |
| B2 | Police Used Smart Streetlight Footage | | |
|  | **Crawford** | | |
| C1 | ALVAREZ-DISC02-00000002 | | |

| | | | |
|---|---|---|---|
| C2 | ALVAREZ-DISC04-00000001 Transcript | | |
| C3 | ALVAREZ-DISC04-00000013 | | |
| C4 | Body Camera Transcript from Arrest- Alvarez | | |
| C5 | Crawford Report- Alvarez | | |
| C6 | Kulbeck- Alvarez | | |
| (B2) | Police Used Smart Streetlight Footage | | |
| C7 | | | |
| C8 | IMG- Screen Shot Crawford Swat Gear | 11/17/20 | 11/17/20 |
| | **Clarissa** | | |
| D1 | IMG- Pic of Alyssa | | |
| | **Michelsen** | | |
| E1 | 2020-09-15 Michelsn Federal Defenders SD agreement | | |
| E2 | PPT Demonstrative Laser Properties | | |
| E3 | Michelsen Resume Letter Consult | | |
| E4 | Michelsen Direct | | |
| E5 | Laser Expert Characteristics Report for HAS | | |
| E6 | IMG- P1000150 | | |
| E7 | IMG- P1000153 | | |
| E8 | IMG- P1000154 | | |
| | **Duarte** | | |
| (C1) | ALVAREZ-DISC02-00000002 | | |

| | | | |
|---|---|---|---|
| F1 | | | |
| F2 | ALVAREZ-DISC06-00000016 | | |
| (B1) | ALVAREZ-DISC06-00000088 | | |
| F3 | | | |
| F4 | ALVAREZ-DISC07-00000001-Helicopter transcript | | |
| F5 | FAA---visible-laser-hazard-calcs-for-LSF-v02 | | |
| F6 | Laser Hazards in Navigable Airspace | | |
| F7 | Laser Pointer Safety - How pilots can help reduce incident severity | | |
| F8 | pilot response laser pointer.Pilot Education_ LASER Exposure & Eye Injury _ GO FLIGHT MEDICINE | | |
| F9 | Profile_ The San Diego Police Department Air Support Unit _ AirMed&Rescue | | |
| F10 | F10- SDPD+Policy+Manual | | |
| | **Haughey** | | |
| G1 | ALVAREZ-DISC02-00000023 | | |
| G2 | ALVAREZ-DISC04-00000013 | | |
| G3 | Body Camera Transcript from Arrest - Alvarez | | |
| G4 | Govt Transcript of PAS- Alvarez | | |
| G5 | Haughey Report - Alvarez | | |
| G6 | Kulbeck Report - Alvarez | | |
| G7 | Miranda Form_Haughey&Loya - Alvarez | | |
| (C8) | IMG- Screen Shot Crawford Swat Gear | | |

|  | **Loya** |  |  |
|---|---|---|---|
| H1 | ALVAREZ-DISC02-00000035 |  |  |
| H2 | ALVAREZ-DISC09-00000001 |  |  |
| H3 | Govt Transcript of PAS - Alvarez |  |  |
| H4 | Loya 302 - Alvarez |  |  |
| (G7) | *Miranda Form_Haughey&Loya - Alvarez |  |  |
| (B2) | Police Used Smart Streetlight Footage |  |  |
| H5 |  |  |  |
| H6 |  |  |  |
| H7 | Letter to Holly Sullivan 11.13.20 |  |  |
|  | **Rowlett** |  |  |
| I1 | ALVAREZ-DISC04-00000018 |  |  |
| (B1) | ALVAREZ-DISC06-00000088 |  |  |
| I2 |  |  |  |
| I3 | Declaration |  |  |
| (B2) | Police Used Smart Streetlight Footage |  |  |
| I4 |  |  |  |
|  | **Shead** |  |  |
| J1 | ALVAREZ-DISC02-00000024 |  |  |
| J2 | ALVAREZ-DISC02-00000025 |  |  |
| J3 | ALVAREZ-DISC02-00000032 |  |  |

| | | | |
|---|---|---|---|
| J4 | ALVAREZ-DISC02-00000040 | | |
| J5 | ALVAREZ-DISC02-00000041 | | |
| (I1) | ALVAREZ-DISC02-00000018 | | |
| | **Stephens** | | |
| (F2) | ALVAREZ-DISC06-00000016 dispatch transcript | | |
| K1 | | | |
| (F4) | ALVAREZ-DISC07-00000001-Helicopter transcript | | |
| K2 | | | |
| (F5) | FAA---visible-laser-hazard-calcs-for-LSF-v02 | | |
| K3 | | | |
| (F6) | Laser Hazards in Navigable Airspace | | |
| K4 | | | |
| (F7) | Laser Pointer Safety - How pilots can help reduce incident severity | | |
| K5 | | | |
| (F8) | pilot response laser pointer.Pilot Education_ LASER Exposure & Eye Injury _ GO FLIGHT MEDICINE | | |
| K6 | | | |
| (F9) | Profile The San Diego Police Department Air Support Unit _ AirMed&Rescue | | |
| K7 | | | |
| (F10) | SDPD+Policy+Manual | | |

| | | | |
|---|---|---|---|
| K8 | | | |
| | **Wynar** | | |
| M1 | ALVAREZ-DISC09-00000001 | | |
| M2 | AZTEC-DISC05-00000026-00000034 | 11/17/20 | |
| M3 | PPT Laser Properties Demonstrative | | |
| (E6) | IMG- P1000150 | | |
| (E7) | IMG- P1000153 | | |
| (E8) | IMG- P1000154 | | |
| M4 | | | |
| M5 | | | |
| M6 | | | |
| M7 | Skematic (demonstrative only) | 11/17/20 only | |
| M8 | PPT- with all variable measurements Laser_properties | | |
| | **MISC** | | |
| N | FBI Award Press Release | | |
| O | Map of K (002) | 11/17/20 | |
| P | | | |
| | **VIDEOS** | | |
| V1 | VID- Getting hit with 2 green lasers from the crowd | | |
| V2 | VID- Close in Altitude, No Laser | | |
| V3 | VID- 1040 ft Moving Around | | |

| | | | | |
|---|---|---|---|---|
| V4 | VID- Altitude Decreased and heli more visible, isn't hitting it (moving around) | | | |
| V5 | VID- Hard Time Locating with Cell Phone Lights. When altitude lowest, no laser | | | |
| V6 | VID- Flash Green Lights | | | |
| V7 | VID- Crowd Size and Lights in the Crowd | | | |
| V8 | VID- No Luck Finding Laser Again Until Further Out Altitude | | | |
| V9 | VID- Laser All Over the Place, 1377ft Able to Acquire These 2 That are Hitting Us with lasers | | | |
| V10 | VID- 1270 ft | | | |
| V11 | VID- Lasered a Second Ago; Boom We're Getting Hit | | | |
| V12 | VID- Got the Wrong Guy- We'll Do Our Best to Keep Our Eye on This Guy | | | |
| V13 | VID- Getting Real Color in Scene | 11/17/20 | | |
| V14 | VID- One or Two People Using a Green Laser | | | |
| V15 | VID- See Blinking Lights | | | |
| V16 | VID- Arrest Body Cam (Crawford) Rudy bewildered, Clarrissa upset & Bewildered | | | |
| V17 | VID- Arrest Body Cam (Get Up) Roughness of Arrest, Multiple Agents/Cars | 11/17/20 | 11/17/20 | |
| V18 | VID- Arrest Body Cam (Step Back) Cop Yelling in Clarrissa's Face While She's Distraught | 11/18/20 | 11/18/20 | |
| V19 | VID- Arrest Body Cam (Haughey) Roughness of Arrest/ Alt. Angle | | | |
| V20 | VID- Int. Body Cam (Haughey) Seen pointing laser, you had no idea | 11/18/20 | 11/18/20 | |
| V21 | VID- Int. Body Cam (Haughey) When you said that, awe makes sense, didn't think it would go that far | 11/18/20 | 11/18/20 | |

| V22 | VID- Int. Body Cam (Haughey) 9-39 seconds | | |
|-----|-------------------------------------------|---|---|
| V23 | VID- Int. Body Cam (Haughey) 50-55 seconds | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |