1  RANDY S. GROSSMAN
2  Acting United States Attorney
   JOHN N. PARMLEY
3  JONATHAN I. SHAPIRO
4  Assistant U.S. Attorney
   California State Bar Nos. 178885, 268954
5  Office of the U.S. Attorney
6  880 Front Street, Room 6293
   San Diego, CA 92101
7  Tel.  No.: (619) 546-8225
   Email:  jonathan.shapiro@usdoj.gov
8
9  Attorneys for the United States
10
                    **UNITED STATES DISTRICT COURT**
11
                **SOUTHERN DISTRICT OF CALIFORNIA**
12
13  UNITED STATES OF AMERICA,          Case No. 20cr1809-LAB
14              Plaintiff,
                                       Date:    March 22, 2021
15              v.                     Time:    2:30 p.m.
16
17  RUDY ALVAREZ,                      **THE UNITED STATES'**
                                       **SENTENCING SUMMARY CHART**
18              Defendant.
19

20       The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy

21  S. Grossman, Acting United States Attorney, and John N. Parmley and Jonathan I. Shapiro,

22  Assistant U.S. Attorneys, hereby files its Sentencing Summary Chart, which is based upon

23  the files and records of this case.

24       DATED:  March 15, 2021              Respectfully submitted,

25
                                            RANDY S. GROSSMAN
26                                          Acting United States Attorney

27
                                            s/*Jonathan I. Shapiro*
28                                          JONATHAN I. SHAPIRO

SENTENCING SUMMARY CHART

[ □ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

Sentencing Date: <u>March 22, 2021</u>

USPO   [□]
AUSA  [☒]
DEF   [□]

Defendant's Name:  <u>Rudy Alvarez</u>　　　　　　　　Docket No.: <u>20cr1806-LAB</u>

Attorney's Name:　<u>Jonathan I. Shapiro</u>　　　　　　Phone No.: <u>(619) 546-8225</u>

Guideline Manual Used: <u>November 1, 2018</u>　　　Agree with USPO Calc.:  Yes □  No☒

Base Offense Level: [USSG § 2A5.2(a)(2)]　　　　　　　　　　　　　　　<u>18</u>

Specific Offense Characteristics:

Victim Related Adjustment:　　　　　　　　　　　　　　　　　　　　　<u>　　　</u>

Adjustment for Role in the Offense:　　　　　　　　　　　　　　　　　<u>　　　</u>

Adjusted Offense Level:　　　　　　　　　　　　　　　　　　　　　　<u>　　　</u>

□  Combined (Mult. Counts)　□  Career Off.　□Armed Career Crim.　<u>18</u>

Adjustment for Acceptance of Responsibility [□ <u>Government Motion – USSG §3E1.1(b)]</u>　<u>0</u>

Total Offense Level:　　　　　　　　　　　　　　　　　　　　　　　　<u>18</u>

Criminal History Score:　　　　　　　　　　　　　　　　　　　　　　<u>0</u>

Criminal History Category:　　　　　　　　　　　　　　　　　　　　<u>I</u>

<u>　　　</u>  Career Offender　　　<u>　　　</u>  Armed Career Criminal

Guideline Range:　　　　　　　　　　　　　　　　　　　　from　<u>27</u> mths
(Range limited by: <u>　　　</u>minimum mand.　<u>　　　</u>statutory maximum　　　to  <u>33</u> mths

Departures:

Resulting Guideline Range: Adjusted Offense Level <u>18</u>　　　　　　from <u>27</u> mths
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　to <u>33</u>  mths

RECOMMENDATION:　<u>18 months in custody*, 3 years supervised release</u>
　　　*The Government's recommendation is based on a three-level variance under 18 U.S.C. §
　　　3553(a) for Defendant's lack of criminal record, family circumstances, and positive
　　　employment history.