**HOLLY A. SULLIVAN**
California Bar No. 216376
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666

\_\_\_\_\_Retained     _X_  Appointed

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

PRESIDING JUDGE Larry Alan Burns          COURT REPORTER: Cynthia Ott

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> (Appellee/Respondent) Plaintiff, <br><br> v. <br><br> **Rudy Alvarez** <br> (Appellant/Petitioner) Defendant. | Criminal No. 20-CR-1809-LAB <br><br><br> **NOTICE OF APPEAL** <br> **(CRIMINAL)** |

Notice is hereby given that Rudy Alvarez appellant/petitioner above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:

( X ) Final Judgment

(   ) Sentence Only (18 U.S.C.     3742) Sentence Imposed _____.

(   ) Order (Describe): _____.

Entered in this proceeding on the 24th day of March, 2021.

DATED:    March 25, 2021            */s/ Holly A. Sullivan*
                                    **HOLLY A. SULLIVAN**

Transcripts Required**  _X_  Yes     \_\_\_\_\_ No    Date Ordered  March 25, 2021 .

Date ( ) Indictment    ( X ) Information    Filed: July 2, 2020.
Bail Status   Out of Custody  .

Will there be a request to expedite the appeal and set a schedule faster than that normally set? Yes \_\_\_\_\_ No X (NOTE: This does not alleviate requirement of filing a motion to expedite which must be done in accordance with FRAP 27.)

*Pursuant to Fed. R. Crim. P. 32(a)(2), the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036) must be completed and court reporter contacted to make arrangements for transcription.

## **CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

John N. Parmley
United States Attorney
John.Parmley@usdoj.gov

Jonathan I. Shapiro
United States Attorney
Jonathan.Shapiro@usdoj.gov

Dated: March 25, 2021

*/s/ Holly A. Sullivan*
Holly A. Sullivan
Federal Defenders of San Diego, Inc.
Attorney for Mr. Alvarez
225 Broadway, Suite 900
San Diego, CA 92101
(619) 234-8467
Email:Holly_Sullivan@fd.org